UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

Scholl, David

Case No. 20-01826
Chapter 13
Hon. John T. Gregg
Filed: May 22, 2020

_____Debtor./

**NOTICE OF FILING OF DEBTOR'S SECOND POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN AND OPPORTUNITY TO OBJECT AND HAVE HEARING**

**PLEASE TAKE NOTICE** that on February 14, 2023, the Debtor filed a Motion for Second Post-Confirmation Amendment to Chapter 13 Plan. All of the foregoing pleadings have been served on all interested parties on the date set forth below.

On December 29, 2022, Debtor filed a Motion for Second Post-Confirmation Amendment to Chapter 13 Plan (the "Original Post Confirmation Second Amendment"). The Original Post Confirmation Second Amendment was served on creditors on December 29, 2022. No creditors objected within the 21-day objection period. However, the Court set the Original Post Confirmation Second Amendment for a hearing because the motion inadvertently stated that the "payment will be **increased** from $235.00 per month to **$161.00** per month…"(emphasis added) when it should have stated that the payment would be "**decreased** form $235.00 per month to **$161.00** per month…" (emphasis added). To correct any confusion, Debtor withdrew the Original Post Confirmation Second Amendment and filed the enclosed corrected Debtor's Motion for Second Post-Confirmation Amendment to Chapter 13 Plan. [ Docket Number 121].

If you desire to object and have a hearing held by the court, you are required to file a written response setting forth your objections within 21 days after the date of service below. Written responses must be mailed to the United States Bankruptcy Court for the Western District of Michigan, 1 N Division, Room 200 Grand Rapids Michigan 49503 along with a copy sent to CBH Attorneys & Counselors, PLLC, 25 Division Avenue S., Suite 500, Grand Rapids, MI 49503 and Barbara Foley, Chapter 13 Trustee, PO Box 51109, Kalamazoo, MI 49005.

Respectfully Submitted,

Date: February 14, 2023

/s/ Steven M. Bylenga
Steven M. Bylenga (P73492)
Attorney for Debtor
CBH Attorneys & Counselors, PLLC
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
T: (616) 608-3061

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:
Scholl, David

Case No. 20-01826
Chapter 13
Hon. John T. Gregg
Filed: May 22, 2020

_____DEBTOR./

**DEBTOR'S MOTION FOR SECOND POST-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN**

NOW COMES David Scholl (hereafter "Debtor") by and through his attorneys, CBH Attorneys & Counselors PLLC, and respectfully requests pursuant to 11 USC 1329 that he be allowed to amend his Chapter 13 Plan as follows:

**FACTUAL BACKGROUND**

In compliance with his duty to file an annual budget, Debtor submitted an amended budget with his current income and expenses which takes into account a second job as a Storage Company Manager through Argus Professional Storage Management that Debtor began in November 2022. Debtor needed to find additional work to supplement his income due to a rapid decline in real estate sales since interest rates increased over the course of 2022. After considering all budget changes, Debtor is left a decrease in disposable income. See Exhibit A: Amended Schedules I & J. In support of his updated budget, Debtor provided the Chapter 13 Trustee with copies of recent paystubs and a year-to-date commission statement from Key Realty.

**PLAN AMENDMENTS**

II. A. **Plan Payment**

The Debtor's Plan payment will be decreased from $235.00 per month to **$161.00** per month beginning December 1, 2022.

**The remaining Plan provisions shall remain unchanged.**

FILED 2023 FEB 23 PM 12:05 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

19-50926-JKS

Wherefore, the Debtor respectfully requests that the Court enter an Order approving this Motion for Second Post-Confirmation Amendment to Chapter 13 Plan.

DATE: 2/13/2023        /s/David Scholl
                       David Scholl, Debtor

DATE: 2/13/2023        /s/Steven M. Bylenga
                       Steven M. Bylenga (P73492)
                       Attorney for Debtor
                       CBH Attorneys & Counselors, PLLC
                       25 Division Avenue S., Suite 500
                       Grand Rapids, MI 49503
                       Phone: (616) 608-3061

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In Re:                                    Case #: 20-01826
Scholl, David                             Chapter 13
                                          Hon. John T. Gregg
                Debtor.                   Filed: May 22, 2020
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR SECOND POST-CONFIRMATION**
**AMENDMENT TO CHAPTER 13 PLAN**

This matter having come before the Court upon *Debtor's Motion for Second Post-Confirmation Amendment to Chapter 13 Plan* (hereafter "*Motion*") with the *Motion* having been filed on _____ [Dkt. No.  ]; notice having been served to the mailing matrix on _____ [Dkt. No.  ], no objections having been filed; and an *Affidavit of No Objection* having been filed [Dkt. No.  ], now therefore:

**IT IS HEREBY ORDERED** that Debtor's Motion is granted;

**IT IS FURTHER ORDERED** that Debtor's monthly plan payments are **reduced** from $235.00 per month to **$161.00** per month beginning December 1, 2022;

**IT IS SO ORDERED.**

Prepared by
CBH Attorneys & Counselors, PLLC
25 Division Avenue S., Suite 500
Grand Rapids MI 49503

**END ORDER**