UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

Scholl, David

Debtor.

Case No.: 20-01826
Chapter 13 Proceeding
Filed: 5/22/2020
Hon. John T. Gregg

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 – AND NOTICE OF RIGHT TO OBJECT

Notice is hereby given that the following professional persons have made application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| Professional (Name & Address) | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
|---|---|---|---|
| CBH Attorneys & Counselors 25 Division Ave S, Suite 500 Grand Rapids, MI 49503 | $4,885.00 | $136.40 | $19,482.50 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan.
Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:
(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
( ) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by___ months, for a total of___ months.
(X) Other: The amount paid to unsecured creditors will not be reduced below the liquidation value

PLEASE NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) Monday – Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

<u>Any Objection must be timely filed with:</u>

U.S. Bankruptcy Court, W.D. Mich.
One Division Ave. NW, Room 200
Grand Rapids, MI 49503

A copy of any objection must also be served upon

CBH Attorneys & Counselors
25 Division Ave S, Suite 500
Grand Rapids, MI 49503

Date Notice Served: <u>July 28, 2023</u>

/s/ <u>Steven M. Bylenga</u>
Applicant or Attorney